IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MICHAEL ALLEN PETTY,         )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        3:21cv464-MHT
                             )        3:21cv511-MHT
JUSTIN STANLEY, et al.,      )        3:21cv522-MHT
                             )        3:21cv552-MHT
    Defendants.              )            (WO)
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 71) is adopted in part and rejected in part, as set forth in the opinion entered today.

(2) Defendants' motion to dismiss for failure to exhaust administrative remedies (Doc. 38) is granted.

(3) Defendants' motion for summary judgment (Doc. 38) is denied.

(4) These consolidated lawsuits are dismissed without prejudice for failure to exhaust administrative remedies.

Costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These four cases, 3:21cv464-MHT, 3:21cv511-MHT, 3:21cv522-MHT, and 3:21cv552-MHT, are closed.

DONE, this the 23rd day of September, 2024.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**